UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MARCOS SANCHEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Cause No. CR-04-1685 JB |
| ) | Cause No. CV-15-01188 JB/SMV |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER EXTENDING TIME

THIS MATTER IS BEFORE THE COURT on Defendant's Motion to Extend Time for the Filing of Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255.

The Court having considered the motion and otherwise being fully advised in the premises, and the motion being unopposed, finds that good cause exists to extend the deadline for the filing of the Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 in this case for one week or until August 8, 2016.

**IT IS THEREFORE ORDERED** that the deadline for the filing of the Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 in this case is hereby extended for one week, or until Monday, August 8, 2016.

STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

Aric G. Elsenheimer, AFPD


*/s/ Aric G. Elsenheimer_____*


APPROVED BY:

Kimberly Brawley, AUSA


*Electronically approved on 7/29/16*