# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                    **No.**    **15-cv-1188 JB/SMV**
                                                                           **04-cr-1685 JB**

**MARCOS SANCHEZ,**

      **Defendant.**

## ORDER TO ANSWER

This matter is before the Court, *sua sponte* under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [CV Doc. 1; CR Doc. 112]. The Court will direct the United States to answer Defendant's motion.

IT IS HEREBY ORDERED that the Clerk is directed to forward to the United States of America a copy of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence and supporting papers and exhibits, if any, together with a copy of this Order;

IT IS FURTHER ORDERED that the United States must answer Defendant's § 2255 motion by **September 19, 2016**.

                                                                                 **STEPHAN M. VIDMAR**
                                                                                 **UNITED STATES MAGISTRATE JUDGE**