IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCOS SANCHEZ,
        Movant,

vs.                                                     NO.:  15-CV-1188   JB/SMV
                                                               04-CR-01685 JB

UNITED STATES OF AMERICA,
        Respondent.

## ORDER GRANTING DEFENDANT'S MOTION TO ALLOW SUPPLEMENTAL PLEADING AND FOR AMENDED PLEADING SCHEDULE

This matter is before the court on defendant's Motion to allow supplemental pleading and for an amended pleading schedule. The Court, having reviewed the motion and finding good cause shown by the defendant and that the motion is unopposed, the court finds the motion is well taken and should be granted.

IT IS HEREBY ORDERED that Mr. Sanchez is permitted to filed a supplemental pleading and that the following pleading schedule is imposed:

1. Mr. Sanchez's supplemental brief will be due on October 3, 2016.

2. The Government's response to Mr. Sanchez's brief and supplemental brief will be due on October 10, 2016.

3. Mr. Sanchez's reply will be due on October 17, 2016.

_____
U.S. MAGISTRATE JUDGE

Submitted by:
Aric E. Elsenheimer
Federal Public Defender

Approved by:
Novaline Wilson
AUSA