IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCOS SANCHEZ,
          Movant,

vs.                             NO.:  15-CV-1188   JB/SMV
                                       04-CR-01685 JB

UNITED STATES OF AMERICA,
          Respondent.

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**

This matter is before the court on defendant's Motion for an extension of time for the filing of Mr. Sanchez's reply.  The Court, having reviewed the motion and finding good cause shown by the defendant and that the motion is unopposed, the court finds the motion is well taken and should be granted.

IT IS HEREBY ORDERED that Mr. Sanchez's reply is due on or before October 21, 2016.

_____
U.S. MAGISTRATE JUDGE

Submitted by:

Aric E. Elsenheimer
Federal Public Defender

Approved by:

Jack Burkhead
AUSA